UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-050-EFS |
| Plaintiff, | |
| v. | ORDER DENYING MOTION |
| GLENN L. GAGNON, | |
| Defendant. | |

At the May 16, 2005, hearing on Defendant's Motion to Amend Conditions of Pretrial Release (Ct. Rec. 24), Defendant appeared with counsel Jeffrey Barkdull. Assistant U.S. Attorney Jared Kimball represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds that there is insufficient new information to disturb the original rulings. If an affidavit or declaration from a mental health professional is submitted, with two business days for response by the United States, the matter will be addressed without need for a new hearing, unless requested.

The Defendant's Second Motion **(Ct. Rec. 24)** is **DENIED** without prejudice.

DATED May 17, 2005.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION - 1